■ RALPH BUSTI, Appellant, v CITY OF NEW YORK et al.,

Respondents.—Order of the Supreme Court, Kings County, dated July 24, 1984, affirmed, with costs, for reasons stated in the memorandum decision of Justice Greenstein at Trial Term. Lazer, J. P., Mangano, Gibbons and Niehoff, JJ., concur.